Núm. 8155.—VIDAL ET AL. apldos. *v.* MONAGAS ET ALS., apltes.— Junio 28, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, en este caso pendiente ante la Corte de Distrito de Mayagüez el juez se inhibió por haber sido recusado por los abogados de los demandantes por ser según ellos su enemigo irreconciliable y no obstante haber retirado posteriormente la recusación, el juez se inhibió y decretó el traslado, apelando de su resolución los demandados;

POR CUANTO, los apelantes sostienen, y estamos de acuerdo con ellos, que los motivos que expuso el juez para inhibirse, no justifican su resolución;

POR TANTO, la resolución de febrero 23, 1940, queda por la presente revocada y se devuelve el caso para ulteriores procedimientos no inconsistentes con esta resolución.